UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00136

**William Shaw**,
*Plaintiff,*

v.

**Larry R. Smith et al.**,
*Defendants.*

## ORDER

Plaintiff William Shaw, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2. On June 1, 2021, the magistrate judge issued a report recommending that the petition be dismissed without prejudice for failure to comply with the court's order. Doc. 4. No objections were filed, and the court's mail to the plaintiff at his last known address has been returned as undeliverable.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice for failure to prosecute.

*So ordered by the court on October 7, 2021.*

J. CAMPBELL BARKER
United States District Judge